UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CHAD EASTMAN; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-20-546-HE |
| | ) | |
| (1) UNITED STATES FIRE INSURANCE COMPANY | ) ) | |
| (2) CRUM & FORSTER INSURANCE GROUP; | ) ) | |
| (3) CRUM & FORSTER INSURANCE GROUP; | ) ) | |
| (4) THE REDWOODS GROUP, INC. | ) | |
| (5) MARKETERS GENERAL INS, AGENCY, INC.; | ) ) | |
| (6) CRUM & FORSTER INDEMNITY COMPANY; | ) ) | |
| (7) FAIRFAX FINANCIAL HOLDINGS, LIMITED; | ) ) | |
| (8) THE PROGRESSIVE COMPANY; | ) | |
| (9) PROGRESSIVE INSURANCE COMPANY; | ) ) | |
| | ) | |
| Defendants. | ) | |

### RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Chad Eastman, and the Defendant, United States Fire Insurance Company, by respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submit this stipulation of dismissal of this action in its entirety, as against all remaining Defendants (i.e., Defendants United States Fire Ins. Co., Crum & Forster Insurance Group, The Redwoods Group, Inc., Marketers General Ins. Agency, Inc., Crum & Forster Indemnity Company, and Fairfax Financial Holdings Ltd.), with prejudice

to the re-filing hereof, with each party to bear their own costs and attorney's fees, for the reason that all disputes between Plaintiff and said Defendants raised by this litigation have been resolved by compromise agreement.

s/ Timothy B. Hummel
(Signed by Filing Attorney with
  permission of Attorney)
Timothy B. Hummel
Oklahoma Bar No.16511
Attorney for Plaintiff
500 West Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300 - Telephone
(405) 319-0350 - Facsimile
tim@hummellawoffice.com


s/Peter L. Wheeler
Peter L. Wheeler
Oklahoma Bar No. 12929
Attorney for Defendant,
United States Fire Insurance Company
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK  73126
Telephone:  405-235-1611
Facsimile :  405-235-2904
pwheeler@piercecouch.com